IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

In re:     *   Case no19-20056
   Jacqueline D. Woodley   *   Chapter 13

      Debtor(s).   *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Rushmore Loan Management Services LLC .
      Movant,
vs.

Jacqueline D. Woodley
      Debtor/Respondent,

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**RESPONSE TO MOTION FOR RELIEF FROM STAY TO RECLAIM SECURITY**

Now comes the Debtor (the "Respondent"), through attorney, Jeffrey M. Sirody, and responds to the *Motion For Relief From Stay to Reclaim Security* as follows:

1) The Debtor admits the allegations contained in Paragraphs 1 through 3 of the Motion.

2) The Debtor denies the allegations contained in Paragraph 4 through 4 through 6 of the Motion.

WHEREFORE, the Debtor requests that the Court deny the Motion.

          ___/s/ Jeffrey M. Sirody
          Jeffrey M. Sirody, Bar ID # 11715
          Jeffrey M. SIrody & Associates
          1777 Reisterstown Road, Suite 360 E
          Baltimore, MD 21208
          (410) 415-0445
          Attorney for Debtor/Respondent

**CERTIFICATE OF MAILING**

`       I HEREBY CERTIFY that on this, the 5th day of July, 2022 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing *Amended Response to Motion For Relief From Stay to Reclaim Security* will be served electronically by the Court's CM/ECF system to the following:

- Richard Rogers rrogers@cgd-law.com, bankruptcyecf@cgd-law.com;estamas@cgd-law.com;bbush@cgd-law.com

- Malcolm Brooks Savage LOGSECF@logs.com

- Brian A. Tucci ECF@ch13balt.com, rthomas13@ecf.epiqsystems.com


　　　　　　　　　　　　　　　　　　　____/s/_____
　　　　　　　　　　　　　　　　　　　Jeffrey M. Sirody, Esquire